HERBERT CONOVER, Respondent, v. RUSSELL DAVIS, Appellant.— Order reversed on the law and facts and verdict reinstated, without costs of this appeal to either party. Memorandum: We find no basis for the order setting aside the verdict on the ground of newly discovered evidence. All concur. (The order sets aside the verdict of a jury in favor of defendant for no cause of action and grants a new trial in an action for breach of contract.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

ROBERT WILSON, Appellant, v. ROCHESTER TRUST AND SAFE DEPOSIT COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint in an action to cancel mortgages. The order grants defendant's motion to dismiss and cancels of record the *lis pendens* filed by plaintiff.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

In the Matter of WILLIAM HEFFNER, Respondent, against COMMON COUNCIL OF THE CITY OF ROCHESTER et al., Appellants.— Order affirmed, with $10 costs and disbursements. Respondents' [defendants'] time to answer extended to twenty days after service of a copy of the order herein. Memorandum: At this stage of the litigation we do not pass upon the sufficiency of the defenses of laches and failure to bring the proceeding within the four months' period provided by section 1286 of the Civil Practice Act. All concur. (The order denies defendants' motion to dismiss the petition in a proceeding to review the action of defendants in removing petitioner from his position as laborer in the Department of Commerce in the City of Rochester, and to compel his reinstatement.) Present — Taylor, P. J., Harris, McCurn and Larkin, JJ.

HAROLD B. DENNISON et al., Suing on Behalf of Themselves and All Other Persons Similarly Situated, Respondents, v. ROYAL DEVELOPMENT COMPANY et al., Respondents. HELEN D. CARROLL, Suing on Behalf of Herself and All Other Persons Similarly Situated, Respondent, v. ROYAL DEVELOPMENT COMPANY et al., Respondents. PETER BRENNAN, Suing on Behalf of Himself and All Other Persons Similarly Situated, Appellant, v. ROYAL DEVELOPMENT COMPANY, Respondent.— Order modified by providing for reservation to the appellant of any right he may have to costs and expenses under subdivision 16 of section 977-b of the Civil Practice Act and as modified affirmed, without costs of this appeal to any party. All concur. (The order grants the motion of defendant Royal Development Company for consolidation of three actions brought to appoint permanent receivers of the assets of the Royal Development Company.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.